UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

               Plaintiff,

     v.

TIM COOK, et al.,

               Defendants.

Case No. C26-0252-JHC-SKV

ORDER

Having reviewed de novo the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, and the remaining record, the Court finds and ORDERS:

(1)     The Court finds that Plaintiff's objections to the Report and Recommendation lack merit.  The Court agrees with and ADOPTS the Report and Recommendation.

(2)     Plaintiff's request to proceed *in forma pauperis*, *see* Dkt. # 1 at 45-53, is DENIED.

(3)     This action is DISMISSED without prejudice.

(4)     The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

//

//

ORDER - 1

Dated this 26th day of February, 2026 .

_____
JOHN H. CHUN
United States District Judge

ORDER - 2